Brian Keith CLYBURN,
Plaintiff–Appellant,

v.

POLICE DEPARTMENT, SPARTANBURG CITY; Spartanburg Regional Medical Center; Doctor Cramer, individually; Spartanburg County Detention Center; Ted Soar, individually and officially; Lissette Quinones, individually and officially, Defendants–Appellees,

and

Officer Brewton, individually and officially; John Doe, a/k/a John Doe, Officer, Defendants.

No. 01–8002.

United States Court of Appeals,
Fourth Circuit.

Submitted March 14, 2002.

Decided March 25, 2002.

Brian Keith Clyburn, Appellant Pro Se. James Dean Jolly, Jr., Logan, Jolly & Smith, L.L.P., Anderson, South Carolina; William Ussery Gunn, Holcombe, Bomar, Gunn & Bradford, P.A., Spartanburg, South Carolina; Edwin Calhoun Haskell, III, Smith & Haskell, Spartanburg, South Carolina; Julia Patricia Anderson, Spartanburg, South Carolina, for Appellees.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Brian Keith Clyburn appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint and denying reconsideration of that order. We have reviewed the record, the district court's opinion and orders, and the magistrate judge's report and recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Clyburn v. Police Dep't,* No. CA–00–2817–20–AK–7 (D.S.C. Sept. 19 & Nov. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*